# EXHIBIT B





U.S. POSTAGE PAID
FCM LG ENV
SWANSBORO, NC
28584
APR 12, 22
AMOUNT
$9.76
R2305H128351-12

15206

1020

CERTIFIED MAIL

7020 0640 0000 2723 9891

APR 16 2022

Philips RS North America, LLC
6501 Living Place
Pittsburgh, PA 15206



FOSTER COUNTS, LLP
51 TACON STREET, SUITE C-2
MOBILE, AL 36607

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70200640000027239891

Remove ✕

Your item was delivered to an individual at the address at 4:45 pm on April 15, 2022 in PITTSBURGH, PA 15206.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Left with Individual

April 15, 2022 at 4:45 pm
PITTSBURGH, PA 15206

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback