# EXHIBIT C

FOSTER COUNTS, LLP
51 TACON STREET, SUITE C-2
MOBILE, AL 36607

Philips Healthcare Informatics, Inc.
222 Jacobs Street
Cambridge, MA 02141

7020 0640 0000 2723 9884

CERTIFIED MAIL



1020
02141



U.S. POSTAGE PAID
FCM LG ENV
SWANSBORO, NC
28584
APR 12, 22
AMOUNT
$9.76
R2305H128351-12

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70200640000027239884

Your item was delivered to the front desk, reception area, or mail room at 11:00 am on April 15, 2022 in CAMBRIDGE, MA 02141.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

April 15, 2022 at 11:00 am
CAMBRIDGE, MA 02141

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**