# EXHIBIT E

Case 4:22-cv-00122-WTM-CLR   Document 1-5   Filed 05/10/22   Page 2 of 3

Delaware Secretary of State Filing: PHILIPS RS NORTH AMERICA HOLDING...

## CURRENCY

| | |
|---|---|
| **Information Current Through:** | 7/17/2021 |
| **Update Frequency:** | As Current As Secretary of State |
| **Source:** | Delaware Secretary of State |

## COMPANY INFORMATION

| | |
|---|---|
| **Name:** | PHILIPS RS NORTH AMERICA HOLDING CORPORATION |

## AGENT INFORMATION

| | |
|---|---|
| **Agent Name:** | CORPORATION SERVICE COMPANY |
| **Agent ID Number:** | 9000014 |
| **Address:** | 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 |

## FILING INFORMATION

| | |
|---|---|
| **Residency:** | Domestic |
| **Entity Kind:** | Corporation |
| **Entity Type:** | General |
| **State of Incorporation:** | Delaware Company |
| **Date of Incorporation:** | 10-31-2020 |
| **Status:** | Good Standing, 10-31-2020 |
| **Expiration Date:** | Not Available |
| **State ID Number:** | 4018768 |

## STOCK INFORMATION

| | |
|---|---|
| **Total Authorized Shares:** | 1,000 |
| **Total Value:** | $1,000.00 |
| **Stock Effective Date:** | 10-31-2020 |

## TAX INFORMATION

| | |
|---|---|
| **Last Annual Report Filed:** | 2021 |
| **Annual Tax Assessment:** | $175.00 |
| **Current Tax Estimate as of 7/17/2021** | $225.00 |
| **Tax Area & Code:** | A/R Filing Required |

**Filing History (Last 5 Filings)**

Case 4:22-cv-00122-WTM-CLR   Document 1-5   Filed 05/10/22   Page 3 of 3

Delaware Secretary of State Filing: PHILIPS RS NORTH AMERICA HOLDING...

| Description | Pages | Filing Date | Filing Time | Effective Date |
| --- | --- | --- | --- | --- |
| Stock Corporation | 1 | 10-30-2020 | 11:51 | 10-31-2020 |

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**

© 2021 Thomson Reuters. No claim to original U.S. Government Works.