# EXHIBIT G

## Corporate Records & Business Registrations

### Source Information

| | |
|---|---|
| **Information Current Through:** | 09/30/2021 |
| **Database Last Updated:** | 11/15/2021 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 11/23/2021 |
| **Source:** | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### Company Information

| | |
|---|---|
| **Name:** | PHILIPS HOLDING USA INC. |
| **Address:** | 222 JACOBS STREET<br>CAMBRIDGE, MA 02141-2289 |

### Filing Information

| | |
|---|---|
| **Identification Number:** | 0989315 |
| **Filing Date:** | 06/26/2017 |
| **State of Incorporation:** | DELAWARE |
| **Status:** | ACTIVE |
| **Corporation Type:** | PROFIT |
| **Business Type:** | CORPORATION |
| **Address Type:** | MAILING |
| **Where Filed:** | SECRETARY OF STATE/ CORPORATE DIVISION<br>STATE CAPITOL STE 152<br>FRANKFORT, KY 40601 |

### Registered Agent Information

| | |
|---|---|
| **Name:** | CORPORATION SERVICE COMPANY |
| **Address:** | 421 WEST MAIN STREET<br>FRANKFORT, KY 40601 |

### Principal Information

| | |
|---|---|
| **Name:** | JOSEPH E. INNAMORATI |
| **Title:** | DIRECTOR |
| **Name:** | LING LIU |
| **Title:** | DIRECTOR |
| **Name:** | VITOR ROCHA |
| **Title:** | DIRECTOR |
| **Name:** | VITOR ROCHA |
| **Title:** | PRESIDENT |
| **Name:** | JOSEPH E. INNAMORATI |
| **Title:** | SECRETARY |
| **Name:** | LING LIU |
| **Title:** | TREASURER |
| **Name:** | PAUL CAVANAUGH |
| **Title:** | VICE PRESIDENT |

### Additional Detail Information

| | |
|---|---|
| **Additional Details:** | BUSINESS STANDING: GOOD |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.

**End of Document**

© 2021 Thomson Reuters. No claim to original U.S. Government Works.