UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MATTHEW PETREVITCH, § § *Plaintiffs* § § v. § § PHILIPS RS NORTH AMERICA, § LLC, PHILIPS HEALTHCARE § INFORMATICS, INC., PHILIPS § NORTH AMERICA LLC f/k/a/ § RESPIRONICS, INC., and § KONINKLIJKE PHILIPS N.V., § § *Defendants*. § | CIVIL ACTION NO. **CV422-122** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Philips North America LLC, Philips RS North America LLC, and Philips Healthcare Informatics, Inc. state the following:

1. Koninklijke Philips Naamloze Venootschap is a publicly traded company that is based in, and incorporated in, the Netherlands. Koninklijke Philips Naamloze Venootschap, a holding company, indirectly owns more than 10% of Philips North America LLC and Philips RS North America LLC and is the ultimate corporate parent of those entities.

2.      Koninklijke Philips Naamloze Venootschap has no parent corporation, and no publicly held company owns 10% or more of Koninklijke Philips Naamloze Venootschap.

3.      Philips RS North America LLC is 100% owned by Philips RS North America Holding Corporation, which in turn, is 100% owned by Philips Holding USA, Inc.

4.      Philips Holdings USA, Inc., is the member/manager of Philips North America LLC.

5.      Philips Healthcare Informatics, Inc. is owned by Philips Holdings USA, Inc.

Respectfully submitted,

**HALL BOOTH SMITH, P.C.**

/s/ Beth Boone_____
Beth Boone
3528 Darien Highway
Suite 300
Brunswick, GA 31525
Telephone:  912.554.0093
Facsimile:   912.554.1973
BBoone@hallboothsmith.com

*Counsel for Defendants Philips RS North America LLC, Philips North America LLC, and Philips Healthcare Informatics, Inc.*

John P. Lavelle, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  +1.215.963.5000
Facsimile:   +1.215.963.5001
*john.lavelle@morganlewis.com*

*Of Counsel for Defendants Philips RS North America LLC*

Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA  90067-1725
Telephone:  +1.310.712.6670
Facsimile:   +1.310.712.8800
*steinbergm@sullcrom.com*

William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY  10004-2498
Telephone:  +1.212.558.7375
Facsimile:   +1.212.558.3588
*monahanw@sullcrom.com*

Dated:  May 10, 2022

*Of Counsel for Defendant Philips North America LLC and Philips Healthcare Informatics, Inc.*

3

## **CERTIFICATE OF SERVICE**

I, Beth Boone, an attorney, certify that I filed the foregoing using the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record on this 10th day of May, 2022.

*/s/ Beth Boone*