# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MATTHEW PETREVITCH, | § |
| *Plaintiff*, | § § § |
| v. | § § |
| PHILIPS NORTH AMERICA, LLC, PHILIPS HEALTHCARE INFORMATICS, INC., PHILIPS RS NORTH AMERICA LLC f/k/a/ RESPIRONICS, INC., and KONINKLIJKE PHILIPS N.V., | § § § § § § § § CIVIL ACTION NO. 4:22-cv-00122-WTM-CLR |
| *Defendants*. | § § |

## DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 3014

Defendants Philips North America LLC ("Philips North America"), Philips RS North America LLC ("Philips RS"), and Philips Healthcare Informatics, Inc. ("Philips Informatics"), (collectively, "Philips" or "Defendants"), through their undersigned counsel, respectfully move to stay all proceedings in this action, including the filing of answers, motions to dismiss, and other responsive pleadings by all parties, until this matter is transferred to the multidistrict litigation currently pending before Judge Conti in the Western District of Pennsylvania, *In re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability*

*Litigation*, Case No. 2:21-mc-01230 (W.D. Pa.) (JFC) (the "MDL").  In support, Defendants rely on the attached memorandum of law.  This motion is unopposed.

Respectfully submitted,

**HALL BOOTH SMITH, P.C.**

/s/ Beth Boone_____
Beth Boone
3528 Darien Highway
Suite 300
Brunswick, GA 31525
Telephone: 912.554.0093
Facsimile: 912.554.1973
BBoone@hallboothsmith.com

*Counsel for Defendants Philips RS North America LLC, Philips North America LLC, and Philips Healthcare Informatics, Inc.*

John P. Lavelle, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  +1.215.963.5000
Facsimile:   +1.215.963.5001
*john.lavelle@morganlewis.com*

*Of Counsel for Defendants Philips RS North America LLC*

Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA  90067-1725
Telephone:  +1.310.712.6670
Facsimile:   +1.310.712.8800
*steinbergm@sullcrom.com*

William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY  10004-2498
Telephone:  +1.212.558.7375
Facsimile:   +1.212.558.3588
*monahanw@sullcrom.com*

Dated:  May 17, 2022

*Of Counsel for Defendant Philips North America LLC and Philips Healthcare Informatics, Inc.*

## **CERTIFICATE OF SERVICE**

I, Beth Boone, an attorney, certify that I filed the foregoing using the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record on this 17th day of May, 2022.

*/s/ Beth Boone*_____